# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                CASE NO.  1:14-cr-7-MW/GRJ

LEE DAVID BURROUGHS,

      Defendant.

_____/

## ACCEPTANCE OF PLEA OF GUILTY

      Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of Guilty of the Defendant Lee David Burroughs, to Count Two of the Indictment against him is hereby **ACCEPTED**.   All parties shall appear before the Court for sentencing as directed.

      SO ORDERED on May 9, 2014.

                                                     s/Mark E. Walker_____
                                                     United States District Judge